Alex Mendoza
MENDOZA & ASSOCIATES
PO Box 4500
Laguna Beach, CA 92652
tel: 949-497-7868
eFAX 949-497-7879
EMAIL:mendozalaw.am@gmail.com

Attorney for Defendant **MARCELO OMAR SANCHEZ-ESPINOZA**

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 15 CR 00130 EJL |
| v. | DEFENDANT'S MOTION TO VACATE AND RESET TRIAL |
| **MARCELO OMAR SANCHEZ-ESPINOZA**, | (No Oral Argument) |
| Defendant. | |

COMES NOW, Defendant, **MARCELO OMAR SANCHEZ-ESPINOZA**, by and through counsel of record, Alex Mendoza, and hereby respectfully requests that the court **vacate and reset** the jury trial for the captioned defendant, currently set for December 6, 2017.

Counsel respectfully requests to continue the jury trial from December 6, 2017, to February 6, 2018 or as convenient for the Court's calendar based upon the following:

This court, at the defense's request, previously ordered a material witness brought over by the U.S. Marshall, one Jorge Guzman, who had been prosecuted federally and housed in California. Unfortunately, it is another Jorge Guzman, likewise prosecuted federally and housed in California, who is the material witness. The defense seeks time to obtain that person's presence at trial. Counsel has previously informed Assistant United States Attorney, Bryce Ellsworth, who has no objection to this request.

WHEREFORE, the defendant, **MARCELO OMAR SANCHEZ-ESPINOZA**, by and through counsel, respectfully moves to continue the jury trial from December 6, 2017 to February 6, 2018, or as is convenient for the court's and counsel's calendars.

RESPECTFULLY SUBMITTED this 28th day of November, 2017.

       *s/ ALEX MENDOZA*
       Alex Mendoza
       ATTORNEY FOR MARCELO OMAR
       SANCHEZ-ESPINOZA

The foregoing Motion to Continue
Trial and Proposed
Order filed and served to interested parties
via ECF this 28th of November, 2017.