BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
BRYCE B. ELLSWORTH, IDAHO STATE BAR NO. 8254
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 15-cr-00130-S-EJL-01 |
|---|---|
| Plaintiff, | |
| vs. | **UNITED STATES OF AMERICA'S NOTICE PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)** |
| MARCELLO OMAR SANCHEZ-ESPINOSA, | |
| Defendant. | |

    The United States of America, by and through Bart M. Davis, United States Attorney for the District of Idaho, and the undersigned Special Assistant United States Attorney, hereby provides notice of its intent to offer as evidence the following certified domestic records of regularly conducted activity:

- Custodian:  Sprint
  Bates numbers:  SANCHEZ ESPINOSA -001091-001094

**UNITED STATES OF AMERICA'S NOTICE PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) - 1**

- Custodian: Sprint
  Bates numbers: SANCHEZ ESPINOSA – 001095-001109

The certification and records listed above are available for inspection at the United States Attorney's Office for the District of Idaho, 800 Park Blvd., Suite 600, Boise, Idaho, and were previously provided via email to both Alex Mendoza and J.D. Merris on November 11, 2017, and in discovery at the designated bates numbers.

Respectfully submitted this 26th day of January, 2018.

                              BART M. DAVIS
                              United States Attorney
                              By:

                              /s/ Bryce B. Ellsworth
                              BRYCE B. ELLSWORTH
                              Special Assistant United States Attorney

**UNITED STATES OF AMERICA'S NOTICE PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11) - 2**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2018, the foregoing **UNITED STATES OF AMERICA'S NOTICE PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Alex Mendoza<br>714 N. Spurgeon<br>Santa Ana, CA 92701<br>mendozalaw.am@gmail.com | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |
| J D Merris<br>913 W River St 420<br>Boise, ID 83702<br>jmerris@cableone.net | ☐ United States Mail, postage prepaid<br>☐ Fax<br>☒ ECF filing<br>☐ E-mail |

                                                                             */s/ Christy Gunderson*
                                                                             Legal Assistant