# UNITED STATES DISTRICT COURT
## District of Idaho
## Exhibit List

| Case Name: UNITED STATES OF AMERICA vs. Sanchez-Espinosa | Plaintiff's Attorney: Bryce B. Ellsworth |
| --- | --- |
| | Defendant's Attorney: Alex Mendoza |
| Docket No.: 15-CR-00130-S-EJL | Trial Dates: February 5, 2018 | Courtroom Deputy: Sherri OLarey |
| Presiding Judge: EDWARD J. LODGE | Court Reporter: Lisa Yant |

Party Offering Exhibits:
PLAINTIFF (GOVERNMENT)

### Instructions

➢ Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
➢ A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with "ADM." A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, e.g. authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
➢ Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
➢ More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | | | | | Picture of Sanchez-Espinosa | |
| 2 | | | | | 4 Bags of Methamphetamine from Tahoe | |
| 3 | | | | | Packaging for Methamphetamine | |
| 4 | | | | | Video of Gloria Morales' Stop 04/25/2015 | |
| 5 | | | | | Photo Search of Tahoe | |
| 6 | | | | | Photo of Methamphetamine hidden in Tahoe | |
| 7 | | | | | Methamphetamine Recovered from Tahoe | |
| 8 | | | | | Photo of Methamphetamine from Micro SC Card | |
| 9 | | | | | Photo of Notepad from Sanchez Residence (unredacted) | |
| 10 | | | | | Phone Call 04/27/2015 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 11 | | | | | Transcription of Phone Call 04/25/2015 | |
| 12 | | | | | Phone Call 04/27/2015 | |
| 13 | | | | | Transcription of Phone Call 04/27/2015 | |
| 14 | | | | | Phone Call 04/27/2015 | |
| 15 | | | | | Transcription of Phone Call 04/27/2015 | |
| 16 | | | | | Phone Call 04/27/2015 | |
| 17 | | | | | Transcription of Phone Call 04/27/2015 | |
| 18 | | | | | Phone Call 04/27/2015 | |
| 19 | | | | | Transcription of Phone Call 04/27/2015 | |
| 20 | | | | | Jail Call 05/08/2015 | |
| 21 | | | | | Transcription of Jail Call 05/08/2015 | |
| 22 | | | | | Jail Call 05/10/2015 | |
| 23 | | | | | Transcription of Jail Call 05/10/2015 | |
| 24 | | | | | Picture of Cooler from Nissan | |
| 25 | | | | | Picture of Can from Nissan | |
| 26 | | | | | Picture of Methamphetamine from Nissan | |
| 27 | | | | | Methamphetamine from Nissan | |
| 28 | | | | | Can from Nissan | |
| 29 | | | | | Vehicle Registration | |
| 30 | | | | | Sprint GPS Data | |
| 31 | | | | | Sprint GPS Data | |
| | | | | | | |