# UNITED STATES DISTRICT COURT
## District of Idaho
## Amended Exhibit List

| | |
|---|---|
| Case Name:<br>UNITED STATES OF AMERICA<br>vs.<br>Sanchez-Espinosa | Plaintiff's Attorney:<br>Bryce B. Ellsworth |
| | Defendant's Attorney:<br>Alex Mendoza |
| Docket No.:<br>15-CR-00130-S-EJL | Trial Dates:<br>February 5, 2018 | Courtroom Deputy:<br>Sherri OLarey |
| Presiding Judge:<br>EDWARD J. LODGE | Court Reporter:<br>Lisa Yant |
| Party Offering Exhibits:<br>PLAINTIFF (GOVERNMENT) | |

### Instructions

➢ Complete only the Exhibit Number, Stipulation, Objection, and Description Columns.
➢ A stipulation to the admission of the exhibit, should be indicated by marking the Stipulation column with "ADM." A partial stipulation should be indicated by an abbreviation indicating the nature of the stipulation, *e.g.* authenticity (AUTH), foundation (FND), relevance (REL), business record exception (BRE). If no stipulation has been reached then leave blank.
➢ Objections should be noted by abbreviation or by reference to F.R.E., e.g. Relevance (REL or 402).
➢ More detailed instructions may be obtained from the Deputy Clerk and are provided with the accompanying materials.

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 1 | | | | | Picture of Sanchez-Espinosa | |
| 2 | | | | | 4 Bags of Methamphetamine from Tahoe | |
| 3 | | | | | Packaging for Methamphetamine | |
| 4 | | | | | Gloria Morales ID | |
| 5 | | | | | Photo Search of Tahoe | |
| 6 | | | | | Photo of Methamphetamine hidden in Tahoe | |
| 7 | | | | | Methamphetamine Recovered from Tahoe | |
| 8 | | | | | Photo of Methamphetamine from Micro SC Card | |
| 9 | | | | | Photo of Notepad from Sanchez Residence (unredacted) | |
| 10 | | | | | Phone Call 04/27/2015 | |

| Exhibit Number | Date Offered | Stipulation | Objection | Ruling (for use by Court) | Description | Notes (for use by Court) |
|---|---|---|---|---|---|---|
| 11 | | | | | Transcription of Phone Call 04/25/2015 | |
| 12 | | | | | Phone Call 04/27/2015 | |
| 13 | | | | | Transcription of Phone Call 04/27/2015 | |
| 14 | | | | | Phone Call 04/27/2015 | |
| 15 | | | | | Transcription of Phone Call 04/27/2015 | |
| 16 | | | | | Phone Call 04/27/2015 | |
| 17 | | | | | Transcription of Phone Call 04/27/2015 | |
| 18 | | | | | Phone Call 04/27/2015 | |
| 19 | | | | | Transcription of Phone Call 04/27/2015 | |
| 20 | | | | | Jail Call 05/08/2015 | |
| 21 | | | | | Transcription of Jail Call 05/08/2015 | |
| 22 | | | | | Jail Call 05/10/2015 | |
| 23 | | | | | Transcription of Jail Call 05/10/2015 | |
| 24 | | | | | Picture of Cooler from Nissan | |
| 25 | | | | | Picture of Can from Nissan | |
| 26 | | | | | Picture of Methamphetamine from Nissan | |
| 27 | | | | | Methamphetamine from Nissan | |
| 28 | | | | | Can from Nissan | |
| 29 | | | | | Vehicle Registration | |
| 30 | | | | | Sprint GPS Data | |
| 31 | | | | | Sprint GPS Data | |
| 32 | | | | | GPS Data from Vehicle | |
| 33 | | | | | Map of Vehicle Locations | |
| 34 | | | | | Map Cedro Address | |
| 35 | | | | | Map Gloria's Phone | |
| 36 | | | | | Map Defendant's Phone | |
| 37 | | | | | Defendant's Home | |
| 38 | | | | | 535 Cedro St | |
| 39 | | | | | Fontaine Inn | |