UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>    v.<br><br>MARCELO OMAR SANCHEZ-ESPINOSA<br><br>            Defendant. | Case No.  1:15-cr-130-EJL<br><br>**ORDER APPOINTING CJA COUNSEL ON APPEAL** |

Pursuant to the USCA Order (Dkt. 144) of January 4, 2019, IT IS HEREBY ORDERED that Craig Durham, CJA attorney for the District of Idaho, is appointed to represent MARCELO OMAR SANCHEZ-ESPINOSA on appeal as of this date. Mr. McCarthy's contact information is:

>   Craig Durham
>   Ferguson Durham, PLLC
>   223 N. 6th Street, Suite 325
>   Boise, Idaho 83702
>   208-345-5183

Dated: **January 14, 2019**

Honorable Edward J. Lodge
United States District Judge