Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
Telephone: (208) 724-5183
Facsimile: (208) 906-8663
chd@fergusondurham.com
ISB No. 6428

Attorney for Defendant Sanchez-Espinosa

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>MARCELO SANCHEZ-ESPINOSA,<br>    Defendant. | Case No. 1:15-cr-00130-BLW-1<br><br>**MOTION TO CONTINUE SENTENCING HEARING** |

Defendant Marcelo Sanchez Espinosa respectfully moves the Court for a continuance of the sentencing hearing, currently set for August 24, 2020, for approximately 45 days from that date.

1

Mr. Sanchez is before the Court for resentencing after the Court of Appeals remanded the case for a new hearing with new counsel. The reason for the continuance request is that logistical problems and other restrictions from COVID-19 have impaired new counsel's ability to prepare for sentencing, as is more fully set out in the Declaration of Counsel.

The undersigned has contacted counsel for the Government for his position but at the time of this filing had not yet received counsel's response.

DATED this 3rd day of August, 2020.


                                            _/s/Craig H. Durham_
                                            Attorney for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of August, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Bryce Ellsworth

Bryce.ellsworth@usdoj.gov

Attorney for the United States

/s/Craig H. Durham